## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI

EMILY DACK, KIM HENSLEY-
HAUSER, MATTHEW DORTON,
LARRY PIKE, TONY CARRILLO,
CHRIS CATES, ROGER DOYLE,
JACOB MILLER, SARAH NORRIS
BARLOW, BRANDON BARLOW,
CHAD RITTERBACH, JOHNATHAN
JONES, MARK PULVER, and ASHLEY
PULVER individually and on behalf of
others similarly situated,

Plaintiffs,

vs.

VOLKSWAGEN GROUP OF AMERICA,
INC., a New Jersey corporation, a/k/a
VOLKSWAGEN OF AMERICA, INC;
and VOLKSWAGEN, AG, a/k/a
VOLKSWAGEN GROUP, a foreign
corporation,

Defendants.

Case No.: 4:20-cv-00615-BCW

**VOLKSWAGEN GROUP OF AMERICA,
INC.'S CERTIFICATE OF SERVICE
INITIAL DISCLOSURES PURSUANT TO
FED. R. CIV. P 26(a)**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 6th day of December, 2021, Defendant
Volkswagen Group of America's ("VWGoA") Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)
were served via electronic mail on counsel of record.

/s/ Robert T. Adams

**HERZFELD & RUBIN, P.C.**
Michael B. Gallub (Admitted *Pro Hac Vice*)
E-mail: mgallub@herzfeld-rubin.com
Homer B. Ramsey (Admitted *Pro Hac Vice*)
E-mail: hramsey@herzfeld-rubin.com
125 Broad Street
New York, NY 10004
Tel.: (212) 471-8500 – Fax: (212) 344-3333

**SHOOK, HARDY & BACON LLP**

Robert T. Adams
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Tel:  (816) 474-6550
Fax: (816) 421-5547
rtadams@shb.com

Amir Nassihi (Admitted *Pro Hac Vice*)
555 Mission Street, Suite 2300
San Francisco, California 94105
Tel:  (415) 544-1900
Fax: (415) 391-0281
anassihi@shb.com


*Attorneys for Defendants*