IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| EMILY DACK, et al., individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey corporation, a/k/a VOLKSWAGEN OF AMERICA, INC; and VOLKSWAGEN, AG, a/k/a VOLKSWAGEN GROUP, a foreign corporation,<br><br>Defendants. | No. 4:20-cv-00615-RK |

## **PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**PLEASE TAKE NOTICE** that at the Final Approval Hearing scheduled for 1:30 p.m. on July 17, 2024, Plaintiffs will move to have the Court grant their unopposed motion seeking entry of an order granting final approval to the Settlement Agreement.[1]

**PLEASE TAKE FURTHER NOTE** that Plaintiffs will rely on the Memorandum of Law submitted herewith, and other related materials in support of this motion.

**PLEASE TAKE FURTHER NOTE** that Defendant does not oppose this motion.

Dated: June 27, 2024      Respectfully Submitted,

*/s/ Bonner C. Walsh*
**WALSH PLLC**
1561 Long Haul Road
Grangeville, ID 83530
(T): (541) 359-2827
(F): (866) 503-8206

---

[1] Plaintiffs will also request at this hearing that the Court enter an order approving their motion for attorneys' fees, expenses, and incentive awards. A motion seeking that relief was filed on May 28, 2024 (ECF No. 86).

bonner@walshpllc.com

Tim E. Dollar  MO # 33123
**Dollar Burns & Becker, L.C.**
1100 Main Street, Suite 2600
Kansas City, MO 64105
(T): (816) 876-2600
(F): (816) 221-8763
timd@dollar-law.com

Matthew D. Schelkopf
Joseph B. Kenney
**Sauder Schelkopf LLC**
555 Lancaster Ave.
Berwyn, PA 19312
(T): (610) 200-0581
(F): (610) 421-1326
mds@sstriallawyers.com
jbk@sstriallawyers.com

Adam R. Gonnelli
**LAW OFFICE OF ADAM R. GONNELLI LLC**
707 Alexander Road
Bldg. 2, Suite 208
Princeton, NJ, 08540
(T): (917) 541-7110
(F): (315) 446-7521
adam@arglawoffice.com

Russell D. Paul
Amey J. Park
Abigail J. Gertner
**BERGER MONTAGUE PC**
1818 Market Street
Suite 3600
Philadelphia, PA 19103
(T): (215) 875-3000
(F): (215) 875-4604
rpaul@bm.net
apark@bm.net
agertner@bm.net

Tarek H. Zohdy
Cody R. Padgett
Laura E. Goolsby
**CAPSTONE LAW APC**

2

1875 Century Park East
Suite 1000
Los Angeles, California 90067
(T): (310) 556-4811
(F): (310) 943-0396
tarek.zohdy@capstonelawyers.com
cody.padgett@capstonelawyers.com
laura.goolsby@capstonelawyers.com

Alec Leslie
**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas
New York, NY 10019
(T): (646) 837-7150
(F): (212) 989-9163
aleslie@bursor.com

*Class Counsel*

# CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that a true and correct copy of the foregoing **PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** was electronically filed on June 27, 2024, using the Court's EC/CMF system, thereby electronically serving it on all counsel of record.

*/s/ Bonner C. Walsh*
Bonner C. Walsh