IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| EMILY DACK, individually and on behalf of others similarly situated; *et al.*;<br><br>      Plaintiffs,<br><br>  v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.; and VOLKSWAGEN, AG;<br><br>      Defendants. | Case No. 4:20-00615-CV-RK |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEY FEES, COSTS, AND SERVICE AWARDS

This case comes before the Court on Plaintiffs' motion for attorney fees, costs, and service awards. (Doc. 85.) The motion is unopposed. Based on the Court's final fairness hearing (Doc. 126) and review of the parties' filings (*e.g.*, Docs. 85, 86, 87, 117, 118, 122), the Court finds as follows:

Plaintiffs and Defendant executed an agreement to settle this matter, subject to Court approval. The Court has reviewed the parties' Settlement Agreement and issued orders approving it. (Docs. 77, 130.)

The Settlement Agreement's section VIII C., ¶ 1 provides that Defendant has agreed to pay, subject to Court approval, the amount of up to $2,250,000 to Class Counsel for their attorneys' fees and expenses.

Section VIII C., ¶ 1 further provides that Defendant has agreed to pay, subject to Court approval, service awards totaling $5,000 to Plaintiffs Neeraj Sharma, Stephan Moonesar, Matthew

May, Omar Oweis, Marcos Pieras, Linda Christian, Emily Dack, and Kim Hensley-Hauser, ($40,000 total).

After considering all relevant filings, arguments, and other information, the Court finds that Plaintiffs' request for fees, expenses, and the payment of service awards is reasonable, permissible under the applicable law, and in accordance with the Settlement Agreement.

Accordingly, Plaintiffs' motion for attorney fees, costs, and service awards (Doc. 85) is **GRANTED** and the Court **ORDERS** as follows:

Defendant shall pay Plaintiffs' counsel $2,250,000.00 for their attorneys' fees and expenses, in accordance with the Settlement Agreement.

Defendant shall also make an additional payment totaling $40,000.00 to Plaintiffs' counsel for the service awards of the Plaintiffs identified above, which amounts shall then be remitted by Plaintiffs' counsel to the Plaintiffs, in accordance with the Settlement Agreement.

All other payments and costs shall be borne as set forth in the Settlement Agreement or as agreed to by the parties.

**IT IS SO ORDERED.**

s/ Roseann A. Ketchmark  
ROSEANN A. KETCHMARK, JUDGE  
UNITED STATES DISTRICT COURT

DATED: August 27, 2024